BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
AUG 12 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 2:14-MJ-.176 EFB |
|---|---|
| v. | |
| KENNETH TAM; and SHERLYNN CHARLES | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS <br><br> **UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, Search Warrants, Arrest Warrants, incorporated Affidavit, and this Court's Order in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 8-12-2014

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER

1