IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KENNETH TAM,<br><br>  Defendant. | Case №:2:14-mj-0176 EFB<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  21 USC § 841(a)(1)

CJA Panel attorney Shari Rusk is hereby appointed effective August 19, 2014, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  8/20/2014

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL          1