```
CLEMENTE M. JIMÉNEZ, SBN 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ADALBERTO VALENZUELA-RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH TAM, et al.,<br><br>　　　　　Defendants. | Case No.: 14-239 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　September 26, 2014<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael McCoy, Counsel for Plaintiff; Shari Rusk, Counsel for Defendant KENNETH TAM; Ronald Peters, Counsel for Defendant SHERLYNN CHARLES; Michael Chastaine, Counsel for Defendant MARCO BORJA; Clemente M. Jiménez, Counsel for Defendant ADALBERTO VALENZUELA-RUIZ; and Thomas Johnson, Counsel for NELSON GUTIERREZ, that the status conference scheduled for September 26, 2014, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on November 14, 2014, at 9:00 a.m. for further status conference. The government has recently provided defense counsel with approximately 136 pages of discovery. Defense counsel will require additional time to review said discovery, conduct further investigation, and meet with their respective clients.

1  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
2  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local
3  code T-4), and that the ends of justice served in granting the continuance and allowing the
4  defendants further time to prepare outweigh the best interests of the public and the
5  defendants to a speedy trial.

6

7  DATED:   September 23, 2014      /S/   Michael McCoy
                                    MICHAEL MCCOY
8                                   Attorney for Plaintiff

9

10                                  /S/   Shari Rusk
                                    SHARI RUSK
11                                  Attorney for KENNETH TAM

12

13                                  /S/   Ronald Peters
                                    RONALD PETERS
14                                  Attorney for SHERLYNN CHARLES

15

16                                  /S/   Michael Chastaine
                                    MICHAEL CHASTAINE
17                                  Attorney for MARCO BORJA

18

19

20                                  /S/   Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
21                                  Attorney for ADALBERTO VALENZUELA-
                                    RUIZ
22

23

24                                  /S/   Thomas Johnson
                                    THOMAS JOHNSON
25                                  Attorney for NELSON GUTIERREZ

26  //

27  //

28
                                    **ORDER**

- 3 -

1
2    IT IS SO ORDERED, that the status conference in the above-entitled matter,
3  scheduled for September 26, 2014, at 9:00 a.m., be vacated and the matter continued to
4  November 14, 2014, at 9:00 a.m., for further status conference.  The Court finds that time
5  under the Speedy Trial Act shall be excluded through that date in order to afford counsel
6  reasonable time to prepare.  Based on the parties' representations, the Court finds that the
7  ends of justice served by granting a continuance outweigh the best interests of the public and
8  the defendants to a speedy trial.

Dated:  September 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge