UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 18, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH TAM,<br><br>Defendant. | Case No. 2:14-cr-00239-GEB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __KENNETH TAM__,

Case No. __2:14-cr-00239-GEB__ from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ __$185,000 (secured by property)__

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other): __Third-party custody of Amelia Youman. To be released immediately upon the processing of this order__

Issued at Sacramento, California on December 18, 2014 at __3:53 pm__.

By: _____

Magistrate Judge Carolyn K. Delaney