1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  PO Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  CASE NO. 14-239 GEB
                                     )
11                  Plaintiff,       )  Stipulation and Order to
                                     )  Continue Status Conference
12  v.                               )
                                     )  Date:   February 27, 2015
13  KENNETH TAM, et. al.             )  Time:   9:00 a.m.
                                     )  Judge:  Hon. Garland E.
14                  Defendants.      )  Burrell, Jr.
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  _____

19

20      Defendants, by and through their undersigned counsel, and the

21  government, by and through Assistant United States Attorney, Michael

22  McCoy, hereby agree and stipulate that this matter, set on calendar

23  January 16, 2015 be continued approximately 30 days to allow counsel

24  to review discovery and undergo defense investigation.  Therefore the

25  parties request a status conference of February 27, 2015 and that date

26  is available with the court.

27      The parties further stipulate that the Court should exclude the

28  period from the date of this order through February 27, 2015, when it

                                    1

computes the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act. The

parties stipulate that the ends of justice are served by granting the

defendants' request for a continuance outweigh the best interest of

the public and the defendants in a speedy trial, and that this is an

appropriate exclusion of time for defense preparation within the

meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).


                              Respectfully submitted,

Dated: January 14, 2015       /s/ Shari Rusk_____
                              Shari Rusk
                              Attorney for Defendant
                              Kenneth Tam


                    /s/ Michael Chastaine
                      Michael Chastaine
                Attorney for Defendant Marco Borja


                    /s/ Clemente Jimenez
                      Clemente Jimenez
                Attorney for Adalberto Valenzuela-Ruiz


                    /s/ Thomas Johnson
                      Thomas Johnson
                Attorney for Nelson Gutierrez


                    /s/ Dina Santos
                      Dina Santos
                Attorney for Gerald Osborne


                    /s/ Michael McCoy
                      Michael McCoy
                Assistant United States Attorney


                              2

1

2

3

4                                    **ORDER**

5        It is so ordered that the matter be placed on the Court's

6    calendar at 9:00 a.m. on February 27, 2015.

7

8    Dated:   January 16, 2015

9                                    _____
10                                    GARLAND E. BURRELL, JR.
                                     Senior United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28