```
1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  PO Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  ) | CASE NO. 14-239 GEB |
|---|---|
| Plaintiff,  ) | Stipulation and Order to Continue Status Conference |
| v.  ) | Date:  April 17, 2015 |
| KENNETH TAM, et. al.  ) | Time:  9:00 a.m. |
| Defendants.  ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendants, by and through their undersigned counsel, and the government, by and through Assistant United States Attorney, Michael McCoy, hereby agree and stipulate that this matter, set on calendar February 27, 2015 be continued to April 17, 2015 to allow counsel to review discovery and undergo defense investigation.  Therefore the parties request a status conference of April 17, 2015 and that date is available with the court.

The parties further stipulate that the Court should exclude the period from the date of this order through April 17, 2015, when it

1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

                                          Respectfully submitted,

Dated: February 23, 2015    /s/ Shari Rusk_____
                                    Shari Rusk
                                    Attorney for Defendant
                                    Kenneth Tam

                      /s/ Michael Chastaine
                        Michael Chastaine
            Attorney for Defendant Marco Borja

                      /s/ Clemente Jimenez
                        Clemente Jimenez
      Attorney for Adalberto Valenzuela-Ruiz

                      /s/ Thomas Johnson
                        Thomas Johnson
            Attorney for Nelson Gutierrez

                      /s/ Dina Santos
                        Dina Santos
            Attorney for Gerald Osborne

                      /s/ Ronald Peters
                        Ronald Peters
            Attorney for Sherlynn Charles

/s/ Michael McCoy
Michael McCoy
Assistant United States Attorney

**ORDER**

It is so ordered and that the matter shall be placed on the Court's calendar at 9:00 a.m. on April 17, 2015.

Dated: February 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3