SHARI RUSK, Bar. No. 170313
Attorney at Law
PO Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-239 GEB |
| Plaintiff, | Stipulation and Order to Continue Status Conference |
| v. | |
| KENNETH TAM, et. al. | Date:  June 5, 2015<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the government, by and through Assistant United States Attorney, Michael McCoy, hereby agree and stipulate that this matter, set on calendar April 17, 2015 be continued to June 5, 2015 to allow counsel to review discovery and undergo defense investigation.  Therefore the parties request a status conference of June 5, 2015 and that date is available with the court.

The parties further stipulate that the Court should exclude the period from the date of this order through June 5, 2015, when it

1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Respectfully submitted,

Dated: April 14, 2015      /s/ Shari Rusk_____
                           Shari Rusk
                           Attorney for Defendant
                           Kenneth Tam


            /s/ Michael Chastaine
             Michael Chastaine
        Attorney for Defendant Marco Borja


            /s/ Clemente Jimenez
             Clemente Jimenez
        Attorney for Adalberto Valenzuela-Ruiz


              /s/ Thomas Johnson
               Thomas Johnson
         Attorney for Nelson Gutierrez

               /s/ Dina Santos
                Dina Santos
          Attorney for Gerald Osborne

              /s/ Ronald Peters
               Ronald Peters
         Attorney for Sherlynn Charles

```
                    /s/ Michael McCoy
                      Michael McCoy
               Assistant United States Attorney
```

**ORDER**

It is so ordered that the matter be placed on the Court's calendar at 9:00 a.m. on June 5, 2015.

Dated:  April 15, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

3