Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

Attorney for Defendant,
**KENNETH TAM**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S. 14-239 GEB/AC |
|---|---|
| Plaintiff, | Motion to Substitute Bond Collateral |
| vs. | Date:  September 28, 2015 |
| Kenneth Tam, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Allison Claire |

    Mr. Tam was charged, by indictment, on August 28, 2014 with violations of 21 U.S.C. § 841(a)(1) and 846. Mr. Tam failed to appear in Court on July 31, 2015 and a bench warrant was issued. The parties request that the matter be placed on calendar on September 28, 2015 for a bond review.

    Mr. Tam's family is requesting that the Court accept $185,000 cash as a substitute for the property owner, Steven Gorski, so that he does not lose his home as a result of Mr. Tam's failure to appear. Mr. Gorski is a disabled iron worker. His home is all he has. Mr. Tam's family is willing to substitute a cash bond in place of the home. The government has no objection to placing the matter on calendar on September 28, 2015 at 2:00

- 1 -

p.m.

Dated: September 25, 2015   Respectfully submitted,


                                        /s/ Shari Rusk
                                        Shari Rusk
                                        Attorney for Defendant
                                        Kenneth Tam


**ORDER**

It is so ordered that a $185,000 cash bond is substituted for the property bond secured by Steven Gorksi's home.


Dated: September 30, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE