THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Nelson Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH TAM, et al.,<br><br>　　　　　Defendants. | Case No.: 2:14-cr-00239-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

　　　　The United States of America through its undersigned counsel, Jill Thomas, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant Nelson Gutierrez, Shari Rusk, counsel for defendant Kenneth Tam, Michael Chastaine, counsel for defendant Marco Borja, Clemente Jimenez, counsel for defendant Adalberto Valenzuela-Ruiz, Ronald Peters, counsel for defendant Sherlynn Charles, and Dina Santos, counsel for defendant Gerald Osborne, hereby stipulate to the following:

1. By previous order, this matter was set for Status Conference on October 23, 2015.
2. By this stipulation, defendants now move to continue the Status Conference to February 19, 2016, and to exclude time between October 23, 2015, and February 19, 2016, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because all counsel for the defendants need additional time to review the discovery, conduct investigation, and discuss

potential resolutions.  Furthermore, defense counsel, Thomas A. Johnson, is unavailable for the currently set date.

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 21, 2015, to February 19, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  October 21, 2015

                                                  /s/   Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Nelson Gutierrez

| | | |
|---|---|---|
| DATED: October 21, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>JILL THOMAS<br>Assistant U.S. Attorney |
| DATED: October 21, 2015 | By: | /s/ Thomas A. Johnson for<br>SHARI RUSK<br>Attorney for Kenneth Tam |
| DATED: October 21, 2015 | By: | /s/ Thomas A. Johnson for<br>MICHAEL CHASTAINE<br>Attorney for Marco Borja |
| DATED: October 21, 2015 | By: | /s/ Thomas A. Johnson for<br>CLEMENTE JIMENEZ<br>Attorney for Adalberto Valenzuela-Ruiz |
| DATED: October 21, 2015 | By: | /s/ Thomas A. Johnson for<br>RONALD PETERS<br>Attorney for Sherlynn Charles |
| DATED: October 21, 2015 | By: | /s/ Thomas A. Johnson for<br>DINA SANTOS<br>Attorney for Gerald Osborne |

**ORDER**

It is so ordered.

Dated: October 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 3 -