1 PHILLIP A. TALBERT
United States Attorney
2 ROSS K. NAUGHTON
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00239-GEB-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS UNDER RULE 48(A) |
| v. | |
| KENNETH TAM, | DATE: n/a |
| Defendant. | TIME: n/a |
| | COURT: Hon. Garland E. Burrell, Jr. |

Good cause appearing on the basis of the defendant's death, the Court hereby **GRANTS** the government's motion under Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the indictment as to the defendant. The indictment against Kenneth Tam is hereby **DISMISSED**.

**SO ORDERED.\**

**Dated: June 2, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge