UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ADALBERTO VALENZUELA-RUIZ, Defendant. | No. 2:14-cr-0239-GEB **SEALING ORDER** |

On June 6, 2017, the undersigned judge received a letter from Defendant Adalberto Valenzuela-Ruiz dated June 1, 2017, to which is attached two letters Valenzuela-Ruiz asserts he sent to his appointed attorney (one is dated November 29, 2016 and the other is dated December 26, 2016). These three letters shall be filed under seal, and the Docket Text for this sealing shall state the following: Sealed letters concerning Defendant Adalberto Valenzuela-Ruiz's request for appointment of new counsel.

Further, the sealed letters shall be served only on Valenzuela-Ruiz's appointed attorney.

Dated: June 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1