UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH TAM,<br><br>        Defendant. | No. 2:14-cr-0239-GEB<br><br>ORDER REQUIRING BRIEFING ON INQUIRY REGARDING APPEARANCE BOND FUNDS |

On March 22, 2019, chambers received an inquiry from the Clerk's Office about the status of cash appearance bond funds submitted on behalf of decedent Kenneth Tam. The Order filed September 30, 2015 concerns this matter and states, in part: "Mr. Tam was charged, by indictment, on August 28, 2014 with violations of 21 U.S.C. § 841(a)(1) and 846. Mr. Tam failed to appear in Court on July 31, 2015 and a bench warrant was issued." Order Substituting Bond Collateral, at 1:16-21, ECF No. 72. Further, on June 2, 2017, the United States moved to dismiss the indictment against Kenneth Tam because "Tam passed away." Gov't Mot to Dismiss, at 1:18, ECF No. 146. The dismissal motion was granted on June 5, 2017.

        The United States shall file a document explaining its position on what the judge should inform the Clerk's Office about the cash appearance bond funds. Further, former counsel for Kenneth Tam also has leave to file a document concerning the

1

matter.  Said filing is due no later than fourteen days after this order is filed.

Dated: March 25, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge