IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-CR-0239 GEB |
| Plaintiff, | ) ) | ORDER GRANTING THE UNITED STATES'S MOTION FOR DEFAULT JUDGMENT AND |
| v. | ) ) | FORFEITURE OF BOND OF $185,000 CASH BOND POSTED FOR DEFENDANT KENNETH |
| KENNETH TAM, | ) | TAM |
| Defendant. | ) ) ) | |

The Court has reviewed the late-filed response and motion by the United States seeking an Order of default and entering an order of final judgment of forfeiture against the $185,000 cash bond posted on behalf of defendant Kenneth Tam in Case No. 2:14-cr-0239 GEB.

Having considered the motion and the factors applicable to this determination, IT IS HEREBY ORDERED that:

1. The United States is granted leave to file a late response to the Court's Order of March 25, 2019;

2. Pursuant to 18 U.S.C. § 3146(d) and Rule 46(f) of the Federal Rules of Criminal Procedure, the government's motion is GRANTED;

3. The Court finds that defendant Tam failed to appear for court proceedings in this case on July 31, 2015, and September 28, 2015, in violation of Condition Number 1 of his release conditions – accordingly, the cash bond of $185,000 posted on his behalf, Docket No. 73, is

declared in default and shall be forfeited pursuant to Rule 46(f)(1); AND

4. Pursuant to 18 U.S.C. § 3146(f) a final judgment of forfeiture is hereby ENTERED as to the $185,000 cash bond paid to the Clerk of the Court in this case on behalf of defendant Kenneth Tam and those forfeited funds are payable to the crime victims fund.

Dated: April 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge